# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| FEYSAL AYATI-GHAFFARI § | |
| § | Civil Action No. 4:18-CV-483 |
| v. § | (Judge Mazzant/Judge Nowak) |
| § | |
| JP MORGAN CHASE BANK, N.A., ET AL. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 8, 2019, the report of the Magistrate Judge (Dkt. #92) was entered containing proposed findings of fact and recommendations that Plaintiff Feysal Ayati-Ghaffari's "Motion for Relief from Evidenceless-Summary Judgment Fraud and Misconduct Res Judicata & Collateral Estoppel JPMC Foreclosure in this Non Real Estate Related Issue" (Dkt. #8) and "Motion for Evidenceless-Summary Judgment Ex. 'A' Fraud and Misconduct JPMC Foreclosure Without Attachment 'Part 2'" (Dkt. #81) each be denied.

Plaintiff has made numerous filings since the entry of the Report, none of which directly state objections to the instant Report. Therefore, having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's reports as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff Feysal Ayati-Ghaffari's "Motion for Relief from Evidenceless-Summary Judgment Fraud and Misconduct Res Judicata & Collateral Estoppel JPMC Foreclosure in this Non Real Estate Related Issue" (Dkt. #8) and "Motion for Evidenceless-

Summary Judgment Ex. 'A' Fraud and Misconduct JPMC Foreclosure Without Attachment 'Part 2'" (Dkt. #81) are each **DENIED**.

    **IT IS SO ORDERED**.

    **SIGNED this 20th day of March, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE